

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00017-CV

Amir Graham, Appellant

v.

Veranda Apartments LP d/b/a The Veranda, Appellee

On Appeal from the County Court at Law No 2
Travis County, Texas
Trial Court No. C-1-CV-25-004932

## MEMORANDUM OPINION[1]

This appeal is before the Court on its own motion to determine whether it should be

dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

---

[1] This case was transferred from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. Tex. R. App. P. 41.3.

Appellant's brief was due on April 15, 2026. Tex. R. App. P. 38.6(a). On April 21, 2026, the Clerk of this Court notified Appellant that the deadline to file his appellate brief has passed, and the appeal was subject to dismissal for want of prosecution if no brief accompanied by a motion for extension was filed by May 1, 2026. *See* Tex. R. App. P. 38.8(a)(1) (authorizing an appellate court to dismiss a civil appeal for want of prosecution if no appellant's brief is filed).

As of this date, Appellant has neither filed a brief nor a motion for an extension of time to file his brief. Accordingly, we dismiss this appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b).

GINA M. PALAFOX, Justice

May 20, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

2